# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00001-CV

### In re Joseph Jordan Jackson

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Joseph Jordan Jackson has filed a motion for emergency relief and petition for writ of mandamus. *See* Tex. R. App. P. 52.8, 52.10. We have reviewed Jackson's filings, and it is unclear what has occurred at the trial court level, whether a final judgment or other appealable order has been rendered, what action by the trial court Jackson complains of, and exactly what relief he seeks. *See* Tex. R. App. P. 25.1 (no requirement for trial court's signature on notice of appeal), 26.1 (time to file notice of appeal after signing of judgment or appealable order), 28.1 (governing appeal from certain interlocutory orders); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) ("[T]he general rule, with a few mostly statutory exceptions, is that an appeal may be taken only from a final judgment."); *see also* Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (West Supp. 2007) (listing permissible interlocutory appeals). We cannot determine from these filings that the trial court abused its discretion. We therefore deny Jackson's petition for writ of mandamus and motion for emergency relief.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed:   January 4, 2008